Robert B. Oldham
#219942   BLDG 22
DEL CORR. CEN.

FILED
MAR 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

March 25, 2005

Office of the Clerk
United States District Court
District of Delaware
Lockbox 18, U.S. Courthouse
Wilmington, DE 19801

To whom it may concern:

    I am writing to request a copy of my previously filed application for habeas corpus relief under 28 U.S.C. § 2254 - Civil Action No. 97-78-SLR.

    I intend to file a motion under 28 U.S.C. § 2244. Pursuant to 2244, all 2254 or 2255 applications previously filed must be attached to the motion and I do not have a copy of the application previously filed.

    Thank you for your time and consideration in this matter.

Respectfully submitted,

Robert B. Oldham
Robert B. Oldham