OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 28, 2005

TO:  Robert Oldham
     SBI #219942
     SCI

RE:  *Request for Copywork;* CA 97-78 SLR

Dear Mr. Oldham:

A letter has been received by the Clerk's office from you requesting a copy of your original petition. Enclosed is your copy of your original complaint and receipt for the copywork.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

cc:  The Honorable Sue L. Robinson; CA 97-78 SLR
     Alpha File