Robert B. Oldham
#219942    MSB B-TIER
S.C.I.

April 29, 2005

Peter T. Dalleo
Clerk of the Court
844 King Street Lockbox 18
Wilmington, DE 19801

RE: Request for Copywork



Dear Mr. Dalleo:

    I recently requested a copy of my original 2254 application (C.A. No. 97-78-SLR) and sent the $3.00 payment fee to get the copies. I have not received anything back from you. This copy is needed so I can file my motion in the Court of Appeals for a second or successive application.

    Your cooperation in this matter would be greatly appreciated.

Respectfully,
Robert B. Oldham
Robert B. Oldham

I/M: ROBERT B OLDHAM #284442  BLDG: MSB B-TIER
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.370
PB2230370
MAY 09 05
FROM ZIP CODE 19947

PETER T. DALLEO, CLERK
844 KING STREET LOCKBOX 18
WILMINGTON, DE
19801

U.S.M.S.
X-RAY

19801+3519 12